# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

UNITED STATES OF AMERICA § 
§ 
vs. §     NO:   AU:26-CR-00187(1)-ADA
§ 
(1) SIVAGAMI CHIDAMBARAM § 

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 25, 2026, wherein the defendant (1) SIVAGAMI CHIDAMBARAM waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SIVAGAMI CHIDAMBARAM to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SIVAGAMI CHIDAMBARAM's plea of guilty to Count One (1) is accepted.

Signed this 13th day of July, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE